JUL 1 5 2008

'08 CR 2194   DMS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>          Plaintiff,                 )<br>                                      )<br>     v.                               )<br>                                      )<br> MARJAN POUSTI,                       )<br>                                      )<br>          Defendant.                  )<br> _____) | Criminal Case No._____<br><br>I N F O R M A T I O N<br><br>Title 26, U.S.C., Sec. 7201 -<br>Attempted Tax Evasion. |

The United States Attorney charges:

Count 1

On or about April 17, 2006, within the Southern District of California, defendant MARJAN POUSTI, well knowing and believing that during the 2005 calendar year defendant MARJAN POUSTI and her husband had substantial taxable income on which a substantial tax, imposed by the provisions of Title 26 of the United States Code, was due and owing to the United States, did willfully and affirmatively attempt to evade and defeat her and her husband's 2005 income tax due and owing by, among other things, (1) structuring transactions to avoid reporting taxable income to the Internal Revenue Service, and (2) causing a false tax return to be jointly filed, which acts were designed to conceal from and mislead proper officers of the United States as to defendant

1  MARJAN POUSTI'S and her husband's true and correct income and
2  taxes due thereon; in violation of Title 26, United States Code,
3  Section 7201.

5  DATED: July 2, 2008.

KAREN P. HEWITT
United States Attorney

JOHN B. OWENS
Assistant U.S. Attorney