✎ AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

Marjan Pousti

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 2194 DMS

I, __Marjan Pousti__, the above named defendant, who is accused of

attempted tax evasion, 26 USC §7201

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 15, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X __Marjan Pousti__
Defendant

__[signature]__
Counsel for Defendant

Before __[signature]__
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd