| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | JOHN B. OWENS |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 185580 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5629/(619) 557-7055 (Fax) |
| | Email: John.B.Owens@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2194-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| MARJAN POUSTI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| John B. Owens | 185580 | (619) 557-5629 | John.B.Owens@usdoj.gov |

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:
3 | <u>Name</u>                      <u>Cal. Bar No.</u>   <u>Telephone No.</u>          <u>Email Address</u>
4 | None
5 | Please call me if you have any questions about this notice.
6 | DATED: July 17, 2008.
7 |                                           Respectfully submitted,
8 |                                           KAREN P. HEWITT
                                              United States Attorney
9 |
10 |
                                              <u>s/ John B. Owens          </u>
11 |                                          John B. Owens
                                              Assistant United States Attorney
12 |                                          Attorneys for Plaintiff
                                              United States of America
13 |                                          Email: John.B.Owens@usdoj.gov

Notice of Appearance
United States v. Marjan Pousti          2                     08cr2194-DMS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr2194-DMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| MARJAN POUSTI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY CERTIFIED THAT:

I, JOHN B. OWENS, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Charles G. La Bella (clabella@labellamcnamara.com)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2008.

                                                                  s/ John B. Owens

                                                                  JOHN B. OWENS
                                                                  Assistant United States Attorney
                                                                  Attorneys for Plaintiff
                                                                  United States of America
                                                                  Email: John.B.Owens@usdoj.gov