# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>  vs.<br><br>MARJAN POUSTI,<br><br>                        Defendant. | CASE NO. 08CR2194<br><br>ORDER RE PRE-SENTENCE REPORT |

On July 18, 2008, Defendant Marjan Pousti submitted a letter brief in support of her request that the Court waive preparation of a Pre-Sentence Report ("PSR") and accelerate the sentencing date. Having carefully considered Defendant's request, the Court respectfully declines to waive the PSR and accelerate the sentencing date. Accordingly, Defendant shall report to the Probation Department to assist the Probation Officer with preparation of the PSR, and the sentencing date shall remain as scheduled: October 3, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: July 22, 2008

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -                                                                                                          06CR2052